## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ROBERT ARAGON; DAVID ANTHONY
SEGURA; ZACHARY FORT; RICHARD
KENNEDY; ROSE'S GUNS & MORE, LLC,
a limited liability company; SOUTHWEST
GUNSMITH TECHNOLOGIES, LLC, a
limited liability company; NEW MEXICO
SHOOTING SPORTS ASSOCIATION, a
nonprofit corporation; NATIONAL RIFLE
ASSOCIATION OF AMERICA, a nonprofit
corporation; SECOND AMENDMENT
FOUNDATION, a nonprofit corporation;
and FIREARMS POLICY COALITION, INC.,
a nonprofit corporation,

    *Plaintiffs*,

v.                                                                    No. 1:20-cv-00325-MV-JHR

MICHELLE LUJAN GRISHAM, Governor of
New Mexico, in her official capacity; NEW
MEXICO DEPARTMENT OF HEALTH; and
KATHYLEEN KUNKEL, Secretary for the
New Mexico Department of Health, in her
official capacity; J. Does 1–10,

    *Defendants*.

## NOTICE OF AGREED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER [DOC. 11]

Pursuant to Civil Local Rule 7.4(a) & (d), Defendants Governor Michelle Lujan Grisham, New Mexico Department of Health, and Secretary Kathyleen Kunkel hereby respectfully notify the Court of another agreed extension of time for Defendants to file a Response in opposition to Plaintiffs' Motion for a Temporary Restraining Order [Doc. 11] ("Motion").

1. On April 17, 2020, this Court entered an Order [Doc. 15] requiring Defendants to file and serve any response to Plaintiffs' Motion no later than April 27, 2020. That Order also required any reply to be filed by Plaintiffs no later than May 1, 2020.

2. On April 21, 2020, Defendants filed a Notice of Agreed Extension of Time to Respond to Plaintiffs' Motion for a Temporary Restraining Order [Doc. 17] which extended Defendants' response deadline to May 1, 2020 and Plaintiffs' reply deadline to May 7, 2020

3. On April 30, 2020, the parties mutually agreed to a temporary stay in proceedings in this case through May 19, 2020. If the parties do not agree to continue the stay, Defendants will file their Response to the Motion on that date.

4. Accordingly, all parties have agreed that Defendants will file and serve their Response no later than May 19, 2020. The parties also agree that Plaintiffs will file and serve any reply no later than May 25, 2020.

Respectfully submitted,

_____
Matthew L. Garcia,
*Chief General Counsel to*
*Governor Michelle Lujan Grisham*

Jonathan J. Guss
*Deputy General Counsel to*
*Governor Michelle Lujan Grisham*

490 Old Santa Fe Trial, Suite 400
Santa Fe, New Mexico 87501
matt.garcia@state.nm.us
jonathan.guss@state.nm.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, I filed the foregoing through the New Mexico Electronic Filing system, which caused all counsel of record to be served by electronic means.

        Respectfully submitted,

        _____
        Matthew L. Garcia